Martin Litzendorf, Respondent, v. Henry J. Mather and Another, Appel-

lants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay denied.